228

511 P.2d 554

**Ralph D. ARMSTRONG, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 9758.

Supreme Court of New Mexico.

June 15, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1004, 85 N.M. 234, 511 P.2d 560, be and the same is hereby returned to the Clerk of the Court of Appeals.

511 P.2d 554

**Johnny JAMES, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 9754.

Supreme Court of New Mexico.

June 15, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 955, 85 N.M. 230, 511 P.2d 556, be and the same is hereby returned to the Clerk of the Court of Appeals.

511 P.2d 554

**William Robert WESTBROOK and Peggy Westbrook, Petitioners,**

v.

**LEA GENERAL HOSPITAL et al., Respondents.**

No. 9752.

Supreme Court of New Mexico.

June 15, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1081, 85 N.M. 191, 510 P.2d 515, be and the same is hereby returned to the Clerk of the Court of Appeals.

511 P.2d 554

**LEA GENERAL HOSPITAL, Petitioner,**

v.

**William Robert WESTBROOK and Peggy Westbrook, Respondents.**

No. 9769.

Supreme Court of New Mexico.

June 28, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1081, 85 N.M. 191, 510 P.2d 515, be and the same is hereby returned to the Clerk of the Court of Appeals.